No. 49581.—Protest 961610–G of Salomon & Phillips (Los Angeles).

Opinion by WALKER, J. It was stipulated at the trial that the total weight was 1,575 pounds and that said soap contains 14 percent palm oil (220.5 pounds); that the remainder of the soap contains none of the other oils enumerated in said section 701; and that the record in *Emporium Capwell Co.* v. *United States* (4 Cust. Ct. 179, C. D. 318) be incorporated herein. In accordance therewith and following said cited decision the protest was sustained as outlined.